**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-24742-BLOOM/Otazo-Reyes**

MINDBASEHQ LLC,

      Plaintiff,

v.

GOOGLE LLC,

      Defendant.

**DEFENDANT GOOGLE LLC'S RULE 7.1 CORPORATE DISCLOSURE**
**STATEMENT AND NOTICE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's order (ECF No. 7), Defendant Google LLC discloses that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% ownership of Alphabet Inc.'s stock.

In addition, the following is a complete list of any and all persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to Google LLC:

    a)  Plaintiff MindbaseHQ LLC

    b)  Defendant Google LLC

    c)  XXVI Holdings Inc., holding company of Google LLC

    d)  Alphabet Inc., holding company of XXVI Holdings Inc.

Respectfully submitted on January 25, 2021,

| **REED SMITH LLP** | **KWUN BHANSALI LAZARUS LLP** |
|---|---|
| *s/ Edward M. Mullins Esq.*<br>Edward M. Mullins Esq.<br>FL BAR NO. 863920<br>Daniel Alvarez Sox<br>Fla. Bar No. 108573<br>Marcelo Diaz-Cortes<br>Fla. Bar No. 118166<br>1001 Brickell Bay Drive, 9th Floor<br>Miami, Florida 33131<br>Tel: (786) 747-0200<br>Fax: (305) 747-0299<br>emullins@reedsmith.com<br>dsox@reedsmith.com<br>mdiaz-cortes@reedsmith.com<br><br>*Counsel for Defendant Google LLC* | Michael S. Kwun *(pro hac vice pending)*<br>mkwun@kblfirm.com<br>555 Montgomery Street, Suite 750<br>San Francisco, CA 94111<br>(415) 630-2350<br><br>*Counsel for Defendant Google LLC*<br>*\*motions for pro hac vice to be filed* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 25, 2021, a true copy of the above document was served upon the attorney of record for each party via the Court's CM/ECF filing system.

                                  */s/ Edward M. Mullins*
                                  Edward M. Mullins