UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-24742-BLOOM/Otazo-Reyes

MINDBASEHQ LLC,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE
TO AMEND PLEADINGS OR JOIN PARTIES**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff MINDBASEHQ LLC ("Mindbase"), by and through its undersigned counsel, files this Motion to Extend the Deadline to Amend Pleadings or Join Parties by 14 days, through and including April 12, 2021, and states:

1. Mindbase instituted this action on November 17, 2020, against Alphabet, Inc., (the parent company of Google LLC), alleging that Alphabet, Inc., infringed both U.S. Patent Nos. 6,510,433 (the "433 Patent") and 6,665,680 (the "680 Patent") (together, the "Patents-in-Suit"). *See* ECF No. 1.

2. After Mindbase served Alphabet with the Complaint, counsel for Alphabet notified Mindbase that the proper party should be Google LLC.

3. Mindbase filed its First Amended Complaint on January 11, 2021, as a matter of right, alleging that Google, instead of Alphabet, infringed the Patents-in-Suit. *See* ECF No. 22, at ¶¶ 19, 23, 35.

1

4. On January 25, 2021, Google moved to transfer this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a), and to dismiss this action. *See* ECF Nos. 25 and 27. A hearing was held on March 12, 2021, and the motions are pending this Court's ruling. *See* ECF No. 44.

5. On January 27, 2021, Google also moved to stay all discovery in this action pending the Court's resolution of its motions to transfer and dismiss. *See* ECF No. 29. This Court denied Google's motion to stay. *See* ECF No. 41.

6. On January 29, 2021, this Court entered an Order Setting Trial and Pre-trial Schedule, permitting the parties to amend pleadings or join parties by March 29, 2021. *See* ECF No. 34.

7. Mindbase respectfully moves for a brief 14-day extension of the deadline to amend pleadings or join parties.

8. Mindbase's counsel is aware that the Court's Order Setting Trial and Pre-trial Schedule is not to be taken lightly.

9. However, the extension is needed in order for the parties to have further meet and confers to resolve its issues concerning discovery and the pleadings (in the hopes of avoiding extensive motion practice).

10. Specifically, the parties have exchanged discovery requests and responses and have raised objections related to the scope of the pleadings.

11. The parties have had ongoing conferences in attempt to resolve the pending discovery issues, but need additional time to work out the details.

12. Mindbase's counsel has conferred with Google's counsel, who does not oppose the requested extension.

13. Federal Rule of Civil Procedure 16(b) provides that a district court may modify a

pre-trial scheduling order upon a showing of good cause. Moreover, Federal Rule of Civil Procedure 6(b) allows a district court to grant an enlargement of time for an act to be done based on cause shown.

14. Furthermore, this Court has the inherent power to administer its own proceedings and grant such an extension. *Franquez v. United States*, 604 F.2d 1239, 1244 (9th Cir. 1971).

15. Mindbase proposes that the deadline to amend the complaint or join parties be extended for a period of 14-days, *to wit*: on or before April 12, 2021.

16. The granting of this motion will not interfere with the trial date, which is docketed for February 22, 2022. Additionally, the extension will not cause any deadline to be infringed or otherwise prejudice Google.

WHEREFORE, Mindbase, respectfully requests that this Honorable Court grant this Motion to Extend the Deadline to Amend Pleadings or Join Parties, up to and including April 12, 2021, along with such other relief this Court deems just and proper. A proposed order is attached hereto as Exhibit "A," which will be e-mailed to the Court in Microsoft Word.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I HEREBY CERTIFY that prior to filing this Motion to Extend the Deadline to Amend Pleadings or Join Parties, counsel for Mindbase conferred with counsel for Google, LLC, via e-mail and telephone regarding the relief requested in this motion. Google LLC does not oppose the relief requested.

    Respectfully submitted,

    */s/ Alen H. Hsu*
    Alen H. Hsu, Esquire
    Florida Bar No. 62495
    Anne R. Flanigan
    Florida Bar No. 113889
    WEISS SEROTA HELFMAN
    COLE & BIERMAN, P.L.

> 1200 N. Federal Highway
> Suite 312
> Boca Raton, FL 33432
> Telephone: (561) 835-2111
> Email: ahsu@wsh-law.com
> aflanigan@wsh-law.com
>
> James Iaconis, Esquire*
> Texas Bar No. 24080954
> Iaconis Law Office
> P.O. Box 450473
> Miami, FL  33245
> Email:  james.iaconis@iaconislaw.com
>
> R. Terry Parker, Esquire*
> Massachusetts Bar No. 569008       RATH, YOUNG and PIGNATELLI, P.C.
> 120 Water Street, Second Floor
> Boston, MA 02109
> Telephone: (603) 226-2600
> Email: rtp@rathlaw.com
>
> *Attorneys for Plaintiff MindbaseHQ LLC*
> *\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of March, 2021, a true and correct copy of the foregoing Motion was electronically filed with the Clerk of Court using CM/ECF on all parties requesting service.

> */s/ Alen H. Hsu_____*
> Alen H. Hsu, Esq.

4